# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WINDHAM,<br><br>        Plaintiff,<br><br>v.<br><br>RONALD FRANKLIN, et al.,<br><br>        Defendants. | Case No. CV 16-5888-SVW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Plaintiff's in forma pauperis status is revoked; and (2) Plaintiff is required to furnish the remainder owed of the statutory filing fee of $350 in order to proceed with this action and is admonished that failure to pay the filing fee within thirty days of this Order will result in dismissal of this action.

DATED: March 22, 2018

                                            STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE