# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. WINDHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD FRANKLIN, et al.,<br><br>        Defendants. | Case No. CV 16-5888-SVW (JEM)<br><br>ORDER DISMISSING CASE |

On March 22, 2018, the Court issued an Order Accepting Findings and Recommendations of United States Magistrate Judge, in which Plaintiff's in forma pauperis status was revoked and he was ordered to furnish the remainder owed of the statutory filing fee of $350 within thirty days or the action would be dismissed. Plaintiff has failed to pay the remainder owed of the statutory filing fee. Accordingly, this action shall be dismissed.

**ORDER**

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: June 28, 2018

                                                                               STEPHEN V. WILSON<br>                                                         UNITED STATES DISTRICT JUDGE